■ VLAD STEVENS, Appellant, v KATHLEEN B. S. HURR, Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Marbach, J.), entered May 26, 1989.

Ordered that the order is affirmed, without costs or dis-

bursements, for reasons stated by Justice Marbach at the Supreme Court. Thompson, J. P., Brown, Balletta, Miller and O'Brien, JJ., concur.